

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2021

04-19-00212-CR

Sean Leroy **HAYS**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0232-CR-A
Honorable William D. Old III, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion (not participating)
              Luz Elena D. Chapa
              Beth Watkins

On November 4. 2020, this court issued an opinion affirming the trial court's judgment in appellant's underlying criminal case. On February 1, 2021, appellant filed a pro se "Motion for New Trial." The motion is DENIED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court